RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Edwin F. Chociey, Jr., Attorney ID #014811993
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
echociey@riker.com

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Attorneys for Defendants
Mary C. Beckerle, D. Scott Davis, Ian E.L. Davis, Jennifer A. Doudna, Alex Gorsky, Mark B. McClellan, Anne M. Mulcahy, William D. Perez, Charles Prince, A. Eugene Washington, and Ronald A. Williams

| | |
|---|---|
| MARC HIRSCHFELD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARY C. BECKERLE, D. SCOTT DAVIS, IAN E.L. DAVIS, JENNIFER A. DOUDNA, ALEX GORSKY, MARK B. McCLELLAN, ANNE M. MULCAHY, WILLIAM D. PEREZ, CHARLES PRINCE, A. EUGENE WASHINGTON, RONALD A. WILLIAMS,<br><br>　　　　　　　Defendants,<br><br>and<br><br>JOHNSON & JOHNSON,<br><br>　　　　　　　Nominal Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>CIVIL ACTION NO. 3:18-CV-14796 (FLW)(DEA)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br><br>**DEFENDANTS'**<br>**NOTICE OF MOTION TO DISMISS**<br>**COMPLAINT** |

PLEASE TAKE NOTICE that on March 18, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Mary C. Beckerle, D. Scott Davis, Ian E.L. Davis, Jennifer A. Doudna, Alex Gorsky, Mark B. McClellan, Anne M. Mulcahy, William D. Perez, Charles Prince, A. Eugene Washington, and Ronald A. Williams shall move before the Hon. Freda L. Wolfson, U.S.D.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing the Complaint against Defendants with prejudice, and for such other and further relief as the Court deems equitable and appropriate.

PLEASE TAKE FURTHER NOTICE that Defendants shall rely upon the accompanying letter brief, which adopts and joins the arguments made by Nominal Defendant Johnson & Johnson in support of its Motion to Dismiss, as well as all papers on file in this action. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated:  February 20, 2019						Respectfully Submitted,

| | |
|---|---|
| Erik Haas | */s/* Edwin F. Chociey Jr._____ |
| Joshua A. Goldberg | Edwin F. Chociey, Jr. |
| Rachel B. Sherman | RIKER DANZIG SCHERER HYLAND |
| D. Brandon Trice | & PERRETTI LLP |
| Jacob Newman | Headquarters Plaza |
| (admitted pro hac vice) | One Speedwell Avenue |
| Patterson Belknap Webb & Tyler LLP | Morristown, New Jersey 07962-1981 |
| 1133 Avenue of the Americas | (973) 538-0800 |
| New York, New York 10036 | echociey@riker.com |
| (212) 336-2000 | |
| | *Attorneys for Defendants* |
| | *Mary C. Beckerle, D. Scott Davis, Ian E.L.* |
| | *Davis, Jennifer A. Doudna, Alex Gorsky,* |
| | *Mark B. McClellan, Anne M. Mulcahy,* |
| | *William D. Perez, Charles Prince, A. Eugene* |
| | *Washington, and Ronald A. Williams* |

10845558