# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| MARC HIRSCHFELD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 18-14796 (FLW) (DEA) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| MARY C. BECKERLE, D. SCOTT | : | |
| DAVIS, IAN E.L. DAVIS, JENNIFER A. | : | |
| DOUDNA, ALEX GORSKY, MARK B. | : | |
| McCLELLAN, ANNE M. MULCAHY, | : | |
| WILLIAM D. PEREZ, CHARLES | : | |
| PRINCE, A. EUGENE WASHINGTON, | : | |
| RONALD A. WILLIAMS, | : | |
| | : | |
| Defendants, | : | |
| and | : | |
| | : | |
| JOHNSON & JOHNSON, | : | |
| | : | |
| Nominal Defendant. | : | |
| | : | |

**THIS MATTER** having been opened to the Court by Keith J, Miller, Esq., counsel for nominal Defendant Johnson & Johnson ("Johnson & Johnson") and by Individual Defendants Mary C. Beckerle, D. Scott Davis, Ian E. L. Davis, Jennifer A. Doudna, Alex Gorsky, Mark B. McClellan, Anne M. Mulcahy, William D. Perez, Charles Prince, A. Eugene Washington, and Ronald A. Williams ("Individual Defendants") (together, with Johnson & Johnson, "Defendants"), through their counsel Edwin F. Chociey, Jr. Esq., on motions to dismiss the shareholder derivative complaint of Plaintiff Marc Hirschfeld ("Plaintiff"); it appearing that Plaintiff, through his counsel, Karina Kosharskyy, Esq., opposes the motion; the Court having reviewed the parties' submissions

in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 27th day of September, 2019,

**ORDERED** that Defendants' motions to dismiss [ECF No. 19, 20] are **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims are dismissed without prejudice.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge